**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 14a0501n.06

**No. 13-4266**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**

Jul 09, 2014
DEBORAH S. HUNT, Clerk

|  |  |  |
|---|---|---|
| JOYCE ANN NIXON, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| PATRICK R. DONAHOE, | ) | SOUTHERN DISTRICT OF OHIO |
| UNITED STATES POSTMASTER | ) | |
| GENERAL, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

BEFORE: MOORE and McKEAGUE, Circuit Judges; STAFFORD, District Judge.[*]

PER CURIAM.

Joyce Ann Nixon appeals from the district court's entry of summary judgment in favor of

Patrick R. Donahoe, the United States Postmaster General, on Nixon's claims of employment

discrimination based on gender and retaliation. We review a district court's grant of summary

judgment de novo. *Gecewicz v. Henry Ford Macomb Hosp. Corp.*, 683 F.3d 316, 321 (6th Cir.

2012).

After carefully reviewing the magistrate judge's report and recommendation, the district

court's opinion adopting—and overruling Nixon's objections to—the report and recommendation,

the arguments of the parties on appeal, and the record in light of the parties' appellate briefing, we

---

[*]The Honorable William H. Stafford, Jr., Senior United States District Judge for the Northern District of Florida, sitting by designation.

are satisfied that the district court properly granted summary judgment in favor of the Postmaster General.  Finding no reason to enter a duplicative opinion here, we **AFFIRM** the district court's grant of summary judgment.